AO 451  (Rev 12/93) [MD Rev. 03/01]  Certification of Judgment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Washington Wholesalers Health
and Welfare Fund et al.
V.
Center Market Provision Company, Inc.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:    RDB 07cv3053

I,  Felicia C. Cannon, _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action _____2/27/08_____ , as it
Date

appears in the records of this court, and that

\*          no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a)

of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

April 8, 2008
Date

Felicia C. Cannon
Clerk

K. Owens

(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 FEB 27  A 11: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

```
                                    )
WASHINGTON WHOLESALERS HEALTH       )
AND WELFARE FUND, et al.            )
                                    )
              Plaintiffs,           )
                                    )
       v.                           )     Civil Action No. 1:07cv 3053
                                    )
CENTER MARKET PROVISION             )
COMPANY, INC.                       )
                                    )
                                    )
              Defendant.            )
                                    )
                                    )
```

### ORDER AND FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, and the absence of exceptions thereto, and the entire record in this case, it appearing to the Court that Defendant, Center Market Provision Company, Inc. ("Center Market" or "Defendant"), has failed to plead or otherwise defend in this action, that default was entered against Defendant on January 7, 2008, and that there is no just reason for delay, it is by the Court:

ORDERED that the motion is granted and that final judgment be entered in favor of the Washington Wholesalers Health and Welfare Fund and its Trustees in the amount of $3,966.13, representing employee benefit contributions due to the Fund in the amount of $2,201.00, interest in the amount of $110.52, liquidated damages in the amount of $440.20, and the Fund's attorneys' fees and costs in the amount of $1,214.41.

Dated: _Feb 27, 2008_

_____
United States District Court Judge

I hereby attest and certify on_____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody

4/8/08

FELICIA C. CANNON
CLERK, U. S DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON WHOLESALERS HEALTH AND WELFARE FUND,** *et al.* )<br><br>)<br><br>)<br>**Creditors,** )<br><br>)<br>v. )<br><br>)<br>**CENTER MARKET PROVISION COMPANY, INC.** )<br><br>)<br><br>)<br>**Debtor.** )<br><br>)<br><br>) | **Civil Action No.** |

## AFFIDAVIT OF FREDRICK M. MARX

I, Fredrick M. Marx, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney at law duly licensed to practice before the Bar of the United States District Court for the District of Columbia and am an attorney with Slevin & Hart, P.C. (the "Firm"), counsel for Judgment Creditors, Washington Wholesalers Health and Welfare Fund and its Board of Trustees ("Creditors"), in this action. I make this Affidavit in support of Creditors' filing of foreign judgment, Washington Wholesalers Health and Welfare Fund, *et al.* v. Center Market Provision Company, Inc. [07cv3053 (RBD)]. I am fully competent to make this Affidavit and the following facts are true based on my own personal knowledge or on the records maintained by the Firm in the regular course of business.

2.     Judgment Debtor is located at 115 R Street, SW, Washington, DC, 20024.

3.     Judgment Creditors are located at 7130 Columbia Gateway Dr, Ste. A, Columbia, MD, 21046.

1

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Fredrick M. Marx, Esq. (D.C. Bar No. 358602)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W.
Suite 450
Washington, D.C. 20036
Tel: (202) 797-8700
Fax: (202) 234-8231

Dated: April *14*, 2008

**Certification by Notary**:

Subscribed and sworn before me on this ___14th___ day of ___April___, 2008.

Notary Public _____.
District of Columbia
My commission expires on ___January 14, 2011___.

**CERTIFICATE OF SERVICE**

This is to certify that on this $14$ day of April, 2008, a copy of the foregoing *Certification of Judgment for Registration in Another District, Order and Final Judgment, Civil Cover Sheet,* and *Affidavit of Fredrick M. Marx* were served via first-class mail, postage prepaid, upon the following:

> Center Market Provision Company, Inc.
> 115 R Street, SW
> Washington, DC 20024

Respectfully submitted,

Fredrick M. Marx, Esq. (D.C.Bar No. 358602)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W.
Suite 450
Washington, D.C.  20036
Tel:  (202) 797-8700
Fax: (202) 234-8231

Dated: April $14$, 2008